UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20313-CR-MARTINEZ/McALILEY

UNITED STATES OF AMERICA

v.

YOSVANY BRITO.

_____/

**SENTENCING MEMORANDUM**

    Yosvany Brito pled guilty to conspiracy to possess with intent to distribute 5 or more kilograms of cocaine and he is responsible for more than 15 but less than 50 kilograms of cocaine and after reduction of 3 points for acceptance of responsibility his guidelines level is 31 with a corresponding sentence parameter of 135 to 168 months.

    The criteria listed within §3553(a) require this Court to analyze various factors, including the nature and circumstances of the offense and the history and characteristics of the offender, the need for this sentence to reflect the seriousness of the offense, to promote respect for the law, provide just punishment, provide adequate deterrence, protect the public from future crimes, and provide the defendant with needed education or vocational training.  Based upon these factors a sentence to the minimum mandatory term of 120 months is sufficient to adequately meet the needs and factors set forth in §3553(a).  Although the defendant's complicity in this offense is clear and he has accepted full responsibility for his actions the court should note that the defendant was not buying the cocaine for himself and was in fact delivering

money to the CI on behalf of others and was expected to deliver the cocaine to them after he received it.   Mr. Brito does not have the means nor ability to produce $150,000.00 for the purchase of cocaine or anything else.  In all instances he was a middle man between the suppliers and the buyers.

The defendant's personal history does indicate some character traits that suggest the possibility of rehabilitation and the promise that he will be a fully law abiding and contributing member of the community.  Mr. Brito has never been accused nor has he committed a crime of violence and he did not threaten or do violence in the conduct of this case.  He has been honest and forthcoming at all times in his dealings with the government and the probation department and more importantly has been a dedicated father and husband.  As the PSI clearly depicts, Mr. Brito's first child, Kelly, was born to a mother who developed severe mental problems.  For the last 8 years Kelly has lived with her father and his common law wife, Francis to whom he has been devoted since 1999.  He has another 2 girls, ages 6 and 1 to whom he is also responsible.  The PSI also describes the Defendant as a loyal and caring family man.   Mr. Brito has suffered for years from an insidious addiction to cocaine and alcohol.   Mr. Brito is 40 years old, if he receives a 10 year sentence and nothing is filed to reduce it he will leave prison when he is close to 50 and will no doubt be subject to a term of supervised release.  Because of these factors and the defendant's age, the defendant requests that he be sentenced to the minimum mandatory sentence of 120 months and that the court recommend he participate in the

Bureau of Prison Drug Program and that he be house in a facility in South Florida.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was provided to the office of the United States Attorney and all pertinent parties hereto via the CM/ECF filing system this 3rd day of October, 2013.

    Respectfully submitted,

s/ Juan de Jesus Gonzalez
Juan de Jesus Gonzalez, Lawyer
Florida Bar No. 371904
Attorney for Yosvany Birto
JUAN DE JESUS GONZALEZ, LAWYER, P.A.
10631 N. Kendall Drive, Suite 150
Miami, Florida 33176
Tel: (305) 596-4500
Fax: (305) 596-4511
JuanGonzalezLaw@aol.com